IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re ROBERT WAYNE PERRONE,<br><br>　　　　　Plaintiff.<br>　　　　　　　　　　　　　　／ | No. C 07-5051 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

This case was opened in error when a state prisoner, Robert Perrone, wrote a letter to Senior Judge Thelton Henderson of this court regarding a "Complaint in Intervention" he had previously filed in a case before Judge Henderson, *Plata v. Schwarzenegger*, No. C 01-1351-TEH. It is apparent that Perrone did not intend to commence a new case. This case is **DISMISSED** without prejudice as opened in error. Perrone may ignore the clerk's notice regarding the filing fee.

**IT IS SO ORDERED.**

Dated: October   2  , 2007.

　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\PERRONE5051.DSM.wpd