UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WAYNE PERRONE,<br><br>        Plaintiff,<br><br>  v.<br><br>PRISON MEDICAL DEPARTMENT et al,<br><br>        Defendant. | Case Number: CV07-05051 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert Wayne Perrone
C-27248/ F-3-13-121
PO Box 799001
San Diego, CA 92179

Dated: October 3, 2007

                                            Richard W. Wieking, Clerk
                                            By: D. Toland, Deputy Clerk