United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re ROBERT WAYNE PERRONE,         No. C 07-5051 WHA (PR)

        Plaintiff.         **JUDGMENT**

                              /

    The court has dismissed this case as opened in error. A judgment of dismissal without prejudice is hereby entered.

**IT IS SO ORDERED.**

Dated: October  3 , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.07\PERRONE5051.JUD.wpd